**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**FILED**

Apr 01 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ carolinalopez   DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. **25-cr-00714-LL** |
| vs. | |
| Itzel Donatella Degante, | JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

Dated:   4/1/2026

Hon.  Michael S. Berg
United States Magistrate Judge